IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIELLE LONG, | : | No. 4:15-CV-2404 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

July 8, 2016

In accordance with the Memorandum Opinion issued today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's partial Motion to Dismiss is GRANTED IN PART AND DENIED IN PART. ECF No. 15.

2. Plaintiff is to file a second amended complaint that omits references to a fiduciary duty on the part of Defendant and also omits references to compensatory damages under Count II, the bad faith claim, by July 15, 2016.

BY THE COURT

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge