# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIELLE LONG, | No. 4:15-cv-02404 |
| Plaintiff, | (Judge Brann) |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

## **ORDER**

**AND NOW**, this 7th day of March 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Partial Summary Judgment, July 20, 2017, ECF No. 52 is GRANTED.

2. Judgment will be entered in Defendant's favor as to Count II and against Plaintiff at the resolution of the case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge